BIBB MANUFACTURING COMPANY *v.* SKINNER, for use.

SIMMONS, C. J.   There being no error of law complained of, there being evidence to support the verdict and the trial judge being satisfied therewith, this court will not interfere with his discretion in refusing a new trial.   *Judgment affirmed.   All the Justices concurring.*

Argued June 10, — Decided July 25, 1898.

Action for damages.   Before Judge Ross.   City court of
Macon.   December term, 1897.

*Hardeman, Davis & Turner,* for plaintiff in error.
*Marmaduke G. Bayne,* contra.